Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Christina Gasparian, State Bar No. 322621
E-Mail: cgasparian@hurrellcantrall.com
Tasha T. Salveron, State Bar No. 336596
E-Mail: tsalveron@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, COUNTY OF LOS ANGELES

[Additional Counsel Cont. on Next Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANASTASIA MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, DANNY BANUELOS, ALEX VILLANUEVA, CALIFORNIA COMMERCE CLUB, INC. and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-06589-DSF(MARx)<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES**<br><br>[Assigned to Hon. Dale S. Fischer, Courtroom "7D"] |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

1  Olu K. Orange, Esq. [S. B. #213653]
   ORANGE LAW OFFICES
2  3435 Wilshire Blvd., Suite 2910
   Los Angeles, California 90010
3  Telephone: (213) 736-9900
   Facsimile: (213) 417-8800
4  Email: o.orange@orangelawoffices.com

5  Dan Stormer, Esq. [S.B. # 101967]
   Hanna Chandoo, Esq. [S.B. #306973]
6  HADSELL STORMER RENICK & DAI LLP
   128 N. Fair Oaks Avenue
7  Pasadena, California 91103
   Telephone: (626) 585-9600
8  Facsimile:  (626) 577-7079
   Emails: dstormer@hadsellstormer.com
9           hchandoo@hadsellstormer.com

10 Attorneys for Plaintiff
   ANASTASIA MARTINEZ

11

12 SEKI, NISHIMURA & WATASE, LLP *[Exempted from Filing*

13 GILBERT M. NISHIMURA (SBN 57905) *Fee Pursuant to*
   gnishimura@snw-law.com *Government Code*
14 JANET L. KEUPER (SBN 128417) *§ 6103]*
   jkeuper@snw-law.com
15 600 Wilshire Boulevard, Suite 1250
16 Los Angeles, California 90017
   Tel.: (213) 481-2869 | Fax: (213) 481-2871
17

18 Attorneys for Defendant, DEPUTY DANNY BANUELOS

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

2

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT on** April 11, 2024, the Parties settled this matter in its entirety. By and through their counsel of record in this case, Plaintiff ANASTASIA MARTINEZ, DANNY BANUELOS, and COUNTY OF LOS ANGELES, (together called "the partes"), hereby present this Joint Status Report regarding Conditional Settlement and Joint Stipulation to Vacate all Dates:

The parties have reached a settlement in this matter contingent upon approval of the Los Angeles County Contract Cities Claims Board and Board of Supervisors. Upon finalization of the settlement, the entire case and all defendants shall be dismissed with prejudice. Thus, the parties request and hereby stipulate that all hearing dates and deadlines be vacated and that all proceedings be stayed pending finalization of the settlement.

DATED: April 30, 2024          HURRELL CANTRALL LLP

By: _____/s/ Christina Gasparian_____
THOMAS C. HURRELL
CHRISTINA GASPARIAN
TASHA T. SALVERON
Attorneys for Defendant, COUNTY OF
LOS ANGELES

Dated: April 30, 2024          ORANGE LAW OFFICES, P.C.

By: __/s/ Olu K. Orange_____
Olu K. Orange, Esq.
Attorney for Plaintiff
ANASTASIA MARTINEZ

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

3

1   Dated: April 30, 2024                SEKI, NISHIMURA & WATASE, LLP

2

3                                        By:  /s/  Janet L. Keuper
                                             GILBERT M. NISHIMURA
4                                            JANET L. KEUPER
                                             Attorneys for Defendant, DEPUTY
5                                            DANNY BANUELOS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE  (213) 426-2000