JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIA MARTINEZ,<br><br>*Plaintiff,*<br><br>v.<br><br>COUNTY OF LOS ANGELES, ALEX VILLANUEVA, CALIFORNIA COMMERCE CLUB, INC. and DOES 1 through 10,<br><br>*Defendants.* | CASE NO. CV22-06589 DSF (AFM)<br><br>Hon. Dale S. Fischer<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE:**

Good cause appearing therefor, the parties' stipulation to dismiss this entire case with prejudice is approved. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: October 27, 2025

_____
HON. DALE S. FISCHER
U.S. DISTRICT JUDGE